# EXHIBIT A:

## Affidavit of Service on Concord Auto Protect, Inc. by David Roffe

DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT COUNTY OF NEW MEXICO, SILVER CITY, NM,

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>RUBEN ESCANO, PRO SE<br>**Defendant / Respondent:**<br>CONCORD AUTO PROTECT, INC.; FOREVERCAR, LLC; AND LIBERTY MUTUAL GROUP, INC.; AND LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; AND ALON SALMAN; AND DOES 1-10 INCLUSIVE AND ALL OF THEM | **AFFIDAVIT OF SERVICE**<br>Index No:<br>D-608-CV-2021-00038 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Sat, Feb 20 2021 AT 08:57 PM AT 1227 Avenue T, Brooklyn, NY 11229 deponent served the within SUMMONS; COMPLAINT; on CONCORD AUTO PROTECT INC.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 02/13/2021 @ 08:33 PM   2) 02/16/2021 @ 02:08 PM   3) 02/20/2021 @ 08:57 PM

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

**Additional Comments:**
1) Unsuccessful Attempt: Feb 13, 2021, 8:33 pm EST at 1227 Avenue T, Brooklyn, NY 11229
No answer at door / Unable to reach Servee

2) Unsuccessful Attempt: Feb 16, 2021, 2:08 pm EST at 1227 Avenue T, Brooklyn, NY 11229
No answer, the house appears to be under construction

3) Successful Attempt: Feb 20, 2021, 8:57 pm EST at 1227 Avenue T, Brooklyn, NY 11229
Documents posted to door after due diligence.

**Description:**
Age: _____ Skin color: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Relationship: _____
Other: _____

_David Roffe 3.3.21_
DAVID ROFFE
2096987

Sworn to before me on 3.3.21
_signature_
Notary Public
BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022