# EXHIBIT C:

## Affidavit of Ruben Escano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

CONCORD AUTO PROTECT, INC., FOREVERCAR, LLC, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, ALON SALMAN, and DOES 1-10 INCLUSIVE AND ALL OF THEM,

    Defendants.

Case No. 2:21-cv-00223 GBW/CG

**Affidavit of Ruben Escano in Support of Motion to Remand to State Court**

I, Ruben Escano, hereby on oath swear and declare as follows:

1. Upon information and belief, Alon Salman is domiciled at the address of 1227 Avenue T, Brooklyn, New York 11229.

2. During a March 3, 2021 phone call with Mr. Salman, he confirmed with me that he had been served with the summons in this case and did possess it.

Dated at Grant County, New Mexico, this 6th day of April, 2021.

_____
**Ruben Escano**

Subscribed and sworn this 6 day of April, 2021.

Before me: _Cheryl Seegards_   My Commission expires: 7-10-22
    Notary Public       Expiration Date