IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

CONCORD AUTO PROTECT, INC., FOREVERCAR, LLC, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, ALON SALMAN, and DOES 1-10 INCLUSIVE AND ALL OF THEM,

    Defendants.

Case No. 2:21-cv-00223 GBW/CG

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO E-FILE AS A PRO SE LITIGANT

I, Ruben Escano, pro se Plaintiff, hereby move for an order granting leave to e-file, in the above-entitled action, via the court's electronic filing system (CM/ECF).

Dated at Silver City, New Mexico, this 11th day of April, 2021.

Respectfully submitted,

By: _____

**Ruben Escano, Pro Se**
2311 Ranch Club Road
Suite 2-180
Silver City, NM 88061
(201) 527-8938

## Certificate of Service

IT IS HEREBY CERTIFIED that on this 11th day of April, 2021, copies of the foregoing Plaintiff's Motion for Leave of Court to E-File as a Pro Se Litigant were mailed as follows:

| Defendant(s) | Mailing Address |
| --- | --- |
| ForeverCar, LLC | Kevin D. Pierce<br>Post Office Box 2168<br>Bank of America Centre, Suite 1000<br>500 Fourth Street, N.W.<br>Albuquerque, NM 87103-2168 |
| Alon Salman<br>Concord Auto Protect, Inc. | Alon Salman<br>1227 Avenue T<br>Brooklyn, New York 11229 |
| Liberty Mutual Group, Inc.<br>Liberty Mutual Auto and Home Services, LLC | Meena H. Allen<br>Allen Law Firm, LLC<br>6121 Indian School Road NE, Suite 230<br>Albuquerque, NM 87110 |

Dated at Silver City, New Mexico, this 11th day of April, 2021.

By: _/s/ Ruben Escano_

**Ruben Escano**
2311 Ranch Club Road
Suite 2-180
Silver City, NM 88061
(201) 527-8938

**FROM:**
Ruben J. Escano
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061

**TO:**
United States District Court
Civil Court Clerk
100 North Church Street
Las Cruces, NM 88001



UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

9405 5036 9930 0343 8533 31 0079 5000 0018 8001

usps.com
$7.95
US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

04/11/2021    Mailed from 88061

**PRIORITY MAIL 1-DAY™**

Expected Delivery Date: 04/13/21

C022

RUBEN ESCANO
2311 RANCH CLUB RD STE 2-180
SILVER CITY NM 88061-7807

SHIP
TO: UNITED STATES DISTRICT COURT
    100 N CHURCH ST
    CIVIL COURT CLERK
    LAS CRUCES NM 88001-3572

USPS TRACKING #

9405 5036 9930 0343 8533 31

Electronic Rate Approved #038555749