# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                  No. CV 21-223 GBW/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## ORDER GRANTING LEAVE TO E-FILE DOCUMENTS VIA CM/ECF

**THIS MATTER** is before the Court on Plaintiff's *Motion for Leave to E-File as a Pro Se Litigant*, (Doc. 15), filed April 13, 2021. Section 3(b)(3)(C) of the CM/ECF Administrative Procedures Manual permits a *pro se* party to file documents electronically with leave of the Court. Therefore, the Court finds Plaintiff's Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall be permitted to file documents in this matter electronically via the Court's CM/ECF Filing system.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE