**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN ESCANO,

    Plaintiff,

v.                                                  No. CV 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Meet and Confer and Joint Status Report Deadlines* (the "Motion"), (Doc. 39), filed June 15, 2021. In the Motion, the parties explain they have requested a status conference, which this Court has since set for June 21, 2021, (Doc. 38), "to address the parties' pending dispute regarding whether discovery, initial disclosures, and other related case activities should proceed in light of the pending Motion to Remand, (Doc. 11), Motion to Dismiss for Failure to State a Claim, (Doc. 19), and Motion for Judgment on the Pleadings, (Doc. 30)." (Doc. 39 at 1). Accordingly, the parties request an extension of the deadline to meet and confer and the deadline to submit their Joint Status Report. *Id.* The Court, having reviewed the parties' Motion and noting it is filed jointly, finds the Motion shall be **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 21), and all associated deadlines are hereby **VACATED** pending the Telephonic Status Conference currently set for **Monday, June 21, 2021, at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference currently set for **June 29, 2021,** at **2:30 p.m.** is hereby **VACATED** pending the

Telephonic Status Conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE