# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                                                       No. CV 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## ORDER DELAYING SCHEDULING ORDER

**THIS MATTER** is before the Court upon the Telephonic Status Conference held on June 21, 2021. The Court finds good cause under Federal Rule of Civil Procedure 16 to delay conducting a scheduling conference and entering a scheduling order pending rulings on the dispositive motions filed in this matter.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE