## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

       Plaintiffs,

v.                                                                                    CV No. 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

       Defendants.

### ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 55), filed July 13, 2021. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff Ruben Escano's *Motion to Remand to State Court*, (Doc. 11), be denied. (Doc. 55 at 14).

The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 14. No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Remand to State Court*, (Doc. 11), is **DENIED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE