IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                        CV No. 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

### ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 67), filed September 17, 2021. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff Ruben Escano's *Motion for Default Judgment as to Defendant Concord Auto Protect, Inc. and Defendant Alon Salman*, (Doc. 63), be denied without prejudice. (Doc. 67 at 11). The Chief Magistrate Judge further recommended that the time for Plaintiff to serve the Summons and Complaint on Defendants Concord Auto Protect, Inc. and Alon Salman be extended to October 31, 2021. *Id.* at 11-12.

The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* at 12. No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Default Judgment as to Defendant Concord Auto Protect, Inc. and Defendant Alon Salman*, (Doc. 63), is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** an extension of time to serve the Summons and Complaint on Defendants Concord Auto Protect, Inc. and Alon Salman. Plaintiff shall serve the Summons and Complaint by no later than **October 31, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE