IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                                                 No. CV 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication with the parties. **IT IS HEREBY ORDERED** that a telephonic status conference will be held on **Tuesday, March 8, 2022, at 10:00 a.m.** to discuss a briefing schedule for Plaintiff's pending *Motion to Amend the Complaint* (the "Motion"), (Doc. 89). The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDER** that, pending the Status Conference, the parties are relieved from briefing the Motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE