IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                                                No. CV 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Adjourn March 8, 2022 Telephonic Status Conference and Set Deadline for Defendants to Oppose Plaintiff's Motion to Amend* (the "Motion"), (Doc. 92), filed March 4, 2022. The Court, having reviewed the Motion and noting it is was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for **Tuesday, March 8, 2022, at 10:00 a.m.** is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Defendants shall have until **April 4, 2022,** to submit a response to *Plaintiff Ruben Escano's Motion to Amend Original Complaint*, (Doc. 89).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE