## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                                                    No. CV 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXCEED
### PAGE LIMIT FOR PLAINTIFF'S REPLY

**THIS MATTER** is before the Court on Plaintiff Ruben Escano's *Unopposed*

*Motion to Exceed Page Limit for Reply in Support of Motion to Amend*, (Doc. 96), filed

April 14, 2022. Mr. Escano asks the Court for leave to exceed the twelve-page-limit for

his reply in support of his *Motion to Amend Original Complaint*, (Doc. 89), as set by

D.N.M. LR-Civ. 7.5, and instead to submit a twenty-four-page reply. *Id.* at 1. The Court,

having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken

and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Mr. Escano may file a reply in support of the

*Motion to Amend Original Complaint*, (Doc. 89), not to exceed twenty-four pages.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE