IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.   CV No. 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

# FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order Adopting Chief Magistrate Judge's Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Mr. Escano's *Motion to Amend Original Complaint*, (Doc. 89), is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

_____
**MARTHA VÁZQUEZ**
**Senior United States District Judge**