IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO,<br><br>    Plaintiff,<br><br>v.<br><br>CONCORD AUTO PROTECT, INC., FOREVERCAR, LLC, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, ALON SALMAN, and DOES 1–10 INCLUSIVE AND ALL OF THEM,<br><br>    Defendants. | Case No. 2:21-cv-00223 MV/CG |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ruben Escano hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's July 14, 2022 order (Doc. 105) and the final judgment for Defendants entered pursuant to that order (Doc. 106).

Dated this 12th day of August, 2022.

Respectfully submitted,

By:   /s/ Ruben Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 12th day of August, 2022, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben Escano
_____
**Ruben J. Escano**, p*ro se*

2