IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                               CV No. 21-223 MV/CG

CONCORD AUTO PROTECT, INC., et al.,

    Defendants.

## AMENDED JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Tenth Circuit's Order and Judgment (Doc. 116-1), the Order Adopting Chief Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 105), and the Notice of Dismissal (Doc. 115), the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows: Mr. Escano's Motion to Amend Original Complaint (Doc. 89) is **DENIED**; Mr. Escano's claims against ForeverCar, LLC, Liberty Mutual Group, Inc., and Liberty Mutual Auto and Home Services, LLC are **DISMISSED WITH PREJUDICE**; and Mr. Escano's claims against Concord Auto Protect, Inc. and Alon Salman are **DISMISSED WITHOUT PREJUDICE**.

_____
**MARTHA VÁZQUEZ**
**Senior United States District Judge**